*In re TOUSA, Inc., et al.*
*TOUSA Homes, Inc. v. Western States Contracting, Inc.*
Adv. Pro. No. 10-02329-JKO

## CERTIFICATE OF SERVICE

I, _____Kristopher Aungst_____, certify that service of the summons and a copy of the complaint was made on _February / 8 , 2010_ by:

X     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**Registered Agent:**
Marc L. Simon
5812 South Pecos Rd.
Ste A
Las Vegas, NV 89120

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing to be true and correct.

_____              _/s/ Kristopher Aungst_____
Date                                Signature

| | |
|---|---|
| **Print Name:** | Kristopher Aungst, Esq./Berger Singerman, P.A. |
| **Address:** | 200 S. Biscayne Blvd., Ste. 1000 |
| **City:** Miami    **State:** FL    **Zip:** 33131 | |