UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

TOUSA, INC., *et al.*,

    Debtors.

Case No. 08-10928-JKO
Chapter 11 Cases
(Jointly Administered)

_____/

TOUSA HOMES, INC.,

    Plaintiff,

v.

WESTERN STATES CONTRACTING, INC.,

    Defendant.

Adv. Pro. No. 10-02329-JKO

_____/

## VERIFIED MOTION FOR CLERK'S DEFAULT

TOUSA Homes, Inc. (the "Plaintiff" or the "Debtor"), by and through undersigned counsel, moves the Court pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1, for the entry of a Clerk's default against the Defendant, Western States Contracting, Inc. (the "Defendant"). In support of this Motion, the Plaintiff states as follows:

1. This adversary proceeding was commenced by the Plaintiff on January 28, 2010, upon the filing of a *Complaint to Avoid Preferential Transfers Pursuant to 11 U.S.C. § 547 and to Recover Property Transferred Pursuant to 11 U.S.C. § 550* (the "Complaint"). A summons ("Summons") was issued on February 11, 2010.

2. On February 18, 2010, copies of the Summons, Complaint and *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "Pretrial Order") were served upon the Defendant by first class, U.S. Mail.

BERGER SINGERMAN
attorneys at law
          *Boca Raton   Fort Lauderdale   Miami   Tallahassee*

3. On March 16, 2010, counsel for Plaintiff filed a *Certificate of Service,* pursuant to which undersigned counsel certified that true and correct copies of the Complaint, Summons and Pretrial Order were served upon the Defendant (as indicated therein) on February 18, 2010.

4. The package was not returned to the Plaintiff as undeliverable.

5. As stated by the order entered by this Court governing all preference recovery adversary proceedings [D.E. #3509 in main case no. 08-10928] (the "Procedures Order"), Defendant had sixty (60) days from the date of the issuance of the Summons in which to file answer or other responsive pleading to the Complaint.

4. More than sixty (60) days have elapsed since the issuance of the Summons and service of the Summons, Complaint and Pretrial Order on Defendant and Defendant has not filed an answer or served any other responsive pleading on Plaintiff's counsel.

5. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, the Plaintiff is entitled to the entry of a default.

BERGER SINGERMAN    *Boca Raton   Fort Lauderdale   Miami   Tallahassee*
attorneys at law

**WHEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that the Clerk of the Court enter a default against the Defendant and for such other relief as the Court deems just and proper.

Dated:  April 27, 2010

Respectfully submitted,

BERGER SINGERMAN, P.A.
Attorneys for Plaintiff
200 S. Biscayne Blvd., Ste. 1000
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By: _____
Paul Steven Singerman
Florida Bar No. 378860
singerman@bergersingerman.com
Kristopher Aungst
Florida Bar No. 55348
kaungst@bergersingerman.com

## VERIFICATION

STATE OF FLORIDA        )
                        )SS
COUNTY OF MIAMI-DADE    )

The foregoing instrument was sworn to and subscribed before me by Kristopher Aungst, who is personally known to me, on this 27th day of April, 2010.



```
JANETTE B. DIAZ
Notary Public - State of Florida
My Commission Expires Jan 8, 2012
Commission # DD 746965
Bonded Through National Notary Assn.
```

_____
Notary Public

**BERGER SINGERMAN**
attorneys at law

*Boca Raton    Fort Lauderdale    Miami    Tallahassee*