UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

TOUSA, INC., *et al.,*

        Debtors.

Case No. 08-10928-JKO
Chapter 11 Cases
(Jointly Administered)

_____/

TOUSA HOMES, INC.,

        Plaintiff,

v.

Adv. Pro. No.  10-02329-JKO

WESTERN STATES CONTRACTING, INC.,

        Defendant.

_____/

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, WESTERN STATES CONTRACTING, INC.

TOUSA Homes, Inc. (the "Plaintiff" or the "Debtor"), by and through undersigned counsel, moves the Court pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1, for the entry of a default final judgment against the Defendant, Western States Contracting, Inc. (the "Defendant").  In support of this motion, the Plaintiff states as follows:

1.    This adversary proceeding was commenced by the Plaintiff on January 28, 2010, upon the filing of a *Complaint to Avoid Preferential Transfers Pursuant to 11 U.S.C. § 547 and to Recover Property Transferred Pursuant to 11 U.S.C. § 550* [D.E. # 1] (the "Complaint").  A summons ("Summons") was issued on February 11, 2010.

**BERGER SINGERMAN**
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

2.     Defendant was duly served with a copy of the Complaint but failed to answer or otherwise respond to the Complaint as set forth in the Plaintiff's *Verified Motion for Clerk's Default* filed on April 29, 2010 [D.E. # 6] and the *Affidavit of Counsel in Support of Plaintiff's Motion for Entry of Default Final Judgment against Defendant, Western States Contracting, Inc.*, attached hereto as Exhibit "A."

3.     The Clerk entered a default against Defendant, Western States Contracting, Inc. on May 13, 2010 [D.E. # 7].

4.     Accordingly, the allegations of the Complaint are now deemed admitted by the Defendant and the Plaintiff is entitled to Default Final Judgment against Defendant, Western States Contracting, Inc..

**WHEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that this Court (i) enter a Default Final Judgment against the Defendant, Western States Contracting, Inc.; and (ii) grant such other and further relief as the Court deems just and proper.

Dated:  May 21, 2010                    Respectfully submitted,

BERGER SINGERMAN, P.A.
Attorneys for Plaintiff
200 S. Biscayne Blvd., Ste. 1000
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:   */s/ Kristopher Aungst*
        Paul Steven Singerman
        Florida Bar No. 378860
        singerman@bergersingerman.com
        Kristopher Aungst
        Florida Bar No. 55348
        kaungst@bergersingerman.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by first class, U.S. Mail to Western States Contracting, Inc., c/o Marc L. Simon, 5812 South Pecos Rd., Ste A, Las Vegas, NV 89120 on this 26th day of May, 2010.

/s/ Kristopher Aungst
Kristopher Aungst

3

BERGER SINGERMAN
attorneys at law

*Boca Raton    Fort Lauderdale    Miami    Tallahassee*

## Exhibit A

### (Affidavit of Counsel)

BERGER SINGERMAN
attorneys at law        *Boca Raton    Fort Lauderdale    Miami    Tallahassee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

TOUSA, INC., *et al.,*

         Debtors.

Case No. 08-10928-JKO
Chapter 11 Cases
(Jointly Administered)

_____/

TOUSA HOMES, INC.,

         Plaintiff,

v.

WESTERN STATES CONTRACTING, INC.,

         Defendant.

Adv. Pro. No.  10-02329-JKO

_____/

### AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST DEFENDANT, WESTERN STATES CONTRACTING, INC.

STATE OF FLORIDA       )
                        ) SS.
COUNTY OF MIAMI-DADE   )

      Kristopher E. Aungst, being duly sworn by me, the undersigned authority, a Notary

Public within and for aforesaid county and state, deposes and states:

      1.     My name is Kristopher E. Aungst and I am an attorney admitted to practice in the

State of Florida. I am an attorney with the law firm of Berger Singerman, P.A. and represent the

Plaintiff, on behalf of the above-styled debtors (collectively, the "Debtors") in the above-

captioned adversary proceeding. I am familiar with the matters set forth herein and submit this

*Affidavit in Support of Plaintiff's Motion for Default Final Judgment Against Defendant,*

*Western States Contracting, Inc.*, pursuant to Fed. R. Civ. P. 55(b)(1), made applicable herein by Fed. R. Bankr. P. 7055, and Local Rule 7055-1.

       2.      On January 28, 2010, the Plaintiff filed a *Complaint to Avoid Preferential Transfers Pursuant to 11 U.S.C. § 547 and to Recover Property Transferred Pursuant to 11 U.S.C. § 550* (the "Complaint") against Western States Contracting, Inc. (the "Defendant"). A summons ("Summons") was issued on February 11, 2010.

       3.      The Complaint seeks a judgment in the amount of $337,710.88.

       4.      On February 18, 2010, copies of the Complaint, Summons and *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "Pretrial Order") were served upon Marc L. Simon, 5812 South Pecos Rd., Ste A, Las Vegas, NV 89120, via first class, U.S. Mail.

       5.      On March 16, 2010, Plaintiff filed a Certificate of Service, pursuant to which undersigned counsel certified that true and correct copies of the Complaint, Summons and Pretrial Order were served upon the Defendant, by first class, U.S. Mail on February 18, 2010.

       6.      The package was not returned to the Plaintiff as undeliverable.

2

BERGER SINGERMAN
attorneys at law

*Boca Raton    Fort Lauderdale    Miami    Tallahassee*

7.     On May 13, 2010, the Clerk of the Court entered an *Entry of Default* [D.E. # 7] against the Defendant pursuant to *Plaintiff's Verified Motion for Default against Western States Contracting, Inc.* [D.E. # 6].

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kristopher E. Aungst


STATE OF FLORIDA          )
                          ) SS:
COUNTY OF MIAMI-DADE      )

The foregoing instrument was acknowledged before me on the 21st day of May, 2010, by Kristopher E. Aungst, who is personally known to me, and who did take an oath.

_____
Notary Public, State of Florida

My commission expires:

> JANETTE B. DIAZ
> Notary Public - State of Florida
> My Commission Expires Jan 8, 2012
> Commission # DD 746965
> Bonded Through National Notary Assn.

3